ACCEPTED
15-24-00087-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 9:31 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 463-2127
1/23/2025 9:31:49 AM
CHRISTOPHER A. PRINE
Clerk

LANORA C. PETTIT
Principal Deputy Solicitor General

Lanora.Pettit@oag.texas.gov

January 23, 2025

**Via File&Serve Texas**

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals

**Re:    No. 15-24-00087-CV, 15-24-00090-CV;** *In re: Google, LLC*

Dear Mr. Prine:

   I am writing to advise the Court of my withdrawal as counsel for Real Party in Interest, the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. William F. Cole will remain counsel for those parties.

Respectfully submitted.

/s/ Lanora C. Pettit

Lanora C. Pettit
Principal Deputy Solicitor General

cc: all counsel of record (via electronic filing)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Lanora Pettit
Bar No. 24115221
nancy.villarreal@oag.texas.gov
Envelope ID: 96508117
Filing Code Description: Letter
Filing Description: 20250123 15COA 152400087CV 152400090CV
Google3 Attorney Withdrawal LCP_Final
Status as of 1/23/2025 9:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Melissa Patterson | | mpatterson@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Anna Brandl | 24042271 | anna.brandl@kellyhart.com | 1/23/2025 9:31:49 AM | SENT |
| John Ellis | 24078473 | jellis@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| David Lauritzen | 796934 | dlauritzen@cbtd.com | 1/23/2025 9:31:49 AM | SENT |
| Robyn Hargrove | 24031859 | rhargrove@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Stephen McConnico | 13450300 | smcconnico@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Joseph Graham | 24044814 | joseph.graham@nortonrosefulbright.com | 1/23/2025 9:31:49 AM | SENT |
| Bryan Lauer | 24068274 | blauer@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Steven Wingard | 788694 | swingard@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Marc Collier | 792418 | marc.collier@nortonrosefulbright.com | 1/23/2025 9:31:49 AM | SENT |
| Geraldine Young | 24084134 | geraldine.young@nortonrosefulbright.com | 1/23/2025 9:31:49 AM | SENT |
| Jeffrey Wolff | 21865900 | jeffrey.wolff@nortonrosefulbright.com | 1/23/2025 9:31:49 AM | SENT |
| Julie Ann Searle | 24037162 | julie.searle@nortonrosefulbright.com | 1/23/2025 9:31:49 AM | SENT |
| Angie Espinoza | | aespinoza@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 1/23/2025 9:31:49 AM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Deborah Williams | | deborah.williams@oag.texas.gov | 1/23/2025 9:31:49 AM | SENT |
| Christopher Cooke | 24129241 | christopher.cooke@nortonrosefulbright.com | 1/23/2025 9:31:49 AM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 1/23/2025 9:31:49 AM | SENT |
| Shelby Hart-Armstrong | | sharmstrong@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Lanora Pettit
Bar No. 24115221
nancy.villarreal@oag.texas.gov
Envelope ID: 96508117
Filing Code Description: Letter
Filing Description: 20250123 15COA 152400087CV 152400090CV
Google3 Attorney Withdrawal LCP_Final
Status as of 1/23/2025 9:41 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Shelby Hart-Armstrong | | sharmstrong@scottdoug.com | 1/23/2025 9:31:49 AM | SENT |
| Sarah Judge | | sjudge@cbtd.com | 1/23/2025 9:31:49 AM | SENT |
| Elizabeth Black | | eblack@cbtd.com | 1/23/2025 9:31:49 AM | SENT |
| Brenda Cordero | | bcordero@cbtd.com | 1/23/2025 9:31:49 AM | SENT |
| Patricia Smith | | psmith@cbtd.com | 1/23/2025 9:31:49 AM | SENT |
| Bradley Bains | | bbains@cbtd.com | 1/23/2025 9:31:49 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristina Williams | 24078303 | kristina.williams@nortonrosefulbright.com | 1/23/2025 9:31:49 AM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 1/23/2025 9:31:49 AM | SENT |
| Lanora Pettit | | lanora.pettit@oag.texas.gov | 1/23/2025 9:31:49 AM | SENT |
| Maria Diaz | | maria.diaz@nortonrosefulbright.com | 1/23/2025 9:31:49 AM | SENT |